UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| HELENA HUNTERS & ANGLERS ASSOCIATION, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> RANDY MOORE, et al., <br><br> Defendants. | CV 22–126–M–DWM <br><br> JUDGMENT |

This action came before the Court for hearing or determination on the record.  A decision has been rendered.

IT IS ORDERED AND ADJUDGED, that Judgment is entered in accordance with the Court's Opinion and Order, signed and dated October 11, 2023.

Dated this 11th day of October, 2023.

TYLER P. GILMAN, CLERK



_____